Page 1 of 3

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EVERETTE DAVIS,
Inmate No. 1100546337,
    Plaintiff,

vs.                                Case No.: 3:21cv1830/MCR/EMT

ESCAMBIA COUNTY JAIL, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis. The undersigned thus entered an order on November 9, 2021, advising the court will not proceed with the case unless Plaintiff either pays the filing fee or obtains leave to proceed in forma pauperis by filing a fully and properly completed motion with attachments (ECF No. 3).

The undersigned directed the clerk of court to send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District and allowed Plaintiff thirty days in which to either pay the filing fee of $402.00 or file a fully completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate,

including an attached computer printout of the transactions in his inmate account for the preceding six-month period (ECF No. 3). The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed (*id*.).

After more than thirty days passed and Plaintiff had not complied, the undersigned entered an order directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 4). The undersigned advised that failure to comply with the order would result in a recommendation, without further notice, that the case be dismissed. More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 28th day of January 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:21cv1830/MCR/EMT

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.